**DISMISS and Opinion Filed February 14, 2023**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00962-CV

**BARBIE CASON AKA BARBIE BULLOCK, Appellant**
**V.**
**GLORIA CAGE AS HEIR AND NEXT OF KIN TO TOMMIE DEAMON,**
**Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-03009-E**

## MEMORANDUM OPINION

Before Justices Carlyle, Goldstein, and Kennedy
Opinion by Justice Kennedy

Before the Court is appellee's January 26, 2023 motion to dismiss appeal for want of prosecution asserting that appellant failed to respond to a notice from the clerk. Appellant did not file a response to the motion.

The Court may dismiss an appeal on any party's motion, after ten days' notice to all parties, for want of prosecution or if the appellant has failed to comply with a court order. *See* TEX. R. APP. P. 42.3(b),(c).

The trial court signed their judgment on September 21, 2022 and appellant timely filed a notice of appeal with this Court on September 23, 2022. After appellant

failed to respond to our inquiry regarding the reporter's record, we ordered the appeal to be submitted without the reporter's record and for appellant to file her brief no later than January 14, 2023. Because appellant failed to do so, we grant appellee's motion and dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b),(c).

/Nancy Kennedy/
<u>                                        </u>
NANCY KENNEDY
JUSTICE

220962F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BARBIE CASON AKA BARBIE
BULLOCK, Appellant

No. 05-22-00962-CV     V.

GLORIA CAGE AS HEIR AND
NEXT OF KIN TO TOMMIE
DEAMON, Appellee

On Appeal from the County Court at
Law No. 5, Dallas County, Texas
Trial Court Cause No. CC-22-03009-
E.
Opinion delivered by Justice
Kennedy. Justices Carlyle and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 14th day of February 2023.